## Commonwealth ex rel. Gockley, Appellant, v. Myers.

Submitted June 10, 1964. *Edwin W. Gockley,* appellant, in propria persona; *W. Richard Eshelman,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Gray, Appellant, v. Cavell.

Submitted June 8, 1964. *Willie Gray,* appellant, in propria persona; *Burton Satzberg* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Holmes, Appellant, v. Myers.

Submitted June 8, 1964. *Ray Holmes,* appellant, in propria persona; *Armand Della Porta* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.